# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**DAVID J. NASTRI, ET AL.,**

V.  **SUMMONS IN A CIVIL CASE**

**MERRICK GARLAND, ET AL.,**

CASE NUMBER: **3:24–CV–00222–VDO**

TO: **Louis DeJoy, Merrick Garland**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Cameron Lee Atkinson**
**Atkinson Law, LLC**
**122 Litchfield Road P.O. Box 340 Ste. 2**
**Harwinton, CT 06791**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*/s/ – A D Gaskins*

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2024–02–23 10:31:55**, Clerk USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Merrick Garland
was received by me on *(date)* February 23, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)* I mailed a copy of the foregoing summons and the complaint to Merrick Garland and the United States Attorney General by US priority mail, postage pre-paid, return receipt I received the return receipt showing its delivery on March 26, 2024.

My fees are $_____ for travel and $_____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: 5-12-2024

/s/ Cameron L. Atkinson
Servers signature

Cameron L. Atkinson, Esq
Printed name and title

122 Litchfield Rd., PO Box 340
Harwinton, CT 06791
Servers address

Additional information regarding attempted service, etc:

Mr. Garland's business address is 950 Pennsylvania Ave. NW, Washington, D.C. 20530

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**DAVID J. NASTRI, ET AL.,**

V.                                    SUMMONS IN A CIVIL CASE

**MERRICK GARLAND, ET AL.,**

CASE NUMBER: **3:24–CV–00222–VDO**

TO: **Louis DeJoy, Merrick Garland**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Cameron Lee Atkinson**
**Atkinson Law, LLC**
**122 Litchfield Road P.O. Box 340 Ste. 2**
**Harwinton, CT 06791**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – A D Gaskins
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2024–02–23 10:31:55**, Clerk USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Louis DeJoy
was received by me on *(date)* February 23, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)* I mailed a copy of the foregoing summons and the complaint to Louis Dejoy and the United States Attorney General by US priority mail, postage pre-paid, return receipt I received the return receipt showing its delivery on March 26, 2024.

My fees are $_____ for travel and $_____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: 5-12-2024

/s/ Cameron L. Atkinson
Servers signature

Cameron L. Atkinson, Esq
Printed name and title
122 Litchfield Rd., PO Box 340
Harwinton, CT 06791
Servers address

Additional information regarding attempted service, etc:
Mr. DeJoy's business address is 475 L'Enfant Plaza SW, Washington D.C. 20260

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Louis DeJoy
475 L'Enfant Plaza SW
Washington, D.C. 20260

9590 9402 3114 7166 5088 77

2. Article Number (Transfer from service label)

7017 1450 0001 1432 0633

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  RECEIVED
   Office of the PMG
☐ Agent
☐ Addressee

B. Received by (Printed Name)
MAR 26 2024

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Merrick Garland
U.S. Attorney General
950 Pennsylvania Ave, NW
Washington, D.C. 20530

9590 9402 3114 7166 5088 60

2. Article Number (Transfer from service label)

7017 1450 0001 1432 0626

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

INSPECTED 14

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt