# ATKINSON LAW, LLC
**122 L**ITCHFIELD **R**D**., S**TE**. 2**
**P.O. B**OX **340**
**H**ARWINTON**, CT 06791**
**T**ELEPHONE  **203-677-0782**

**C**AMERON **L. A**TKINSON**, E**SQ**. (**catkinson@atkinsonlawfirm.com**)**

October 30, 2024

Jason Lynch, Esq.
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Jason.Lynch@usdoj.gov

*Via email only*

**RE:** *Nastri, et al. v. Garland, et al*, No. 3:24-cv-00222-VDO (D.Conn) – Plaintiffs' Motion for Summary Judgment.

Dear Mr. Lynch,

As you know, I represent the Plaintiffs David Nastri and We The Patriots USA, Inc. in the above-captioned matter.

Pursuant to the guidelines of Judge Oliver's September 3, 2024 order (Dkt. 14), I am writing to electronically serve the Plaintiffs' motion for summary judgment and permanent injunction and its supporting documents.

You will receive a .zip file containing the following documents:

- Plaintiffs' Motion For Summary Judgment and Permanent Injunction
- Plaintiffs' Memorandum of Law In Support
    - Attachment A To MOL – Copies of Historical Sources
- Plaintiffs' Local Rule 56(a)(1) Statement of Undisputed Material Facts
    - Exhibit A – Declaration of David Nastri
    - Exhibit B – Declaration of Brian Festa
    - Exhibit C – Declaration of Robert Starr
    - Exhibit D – The United States Postal Service: An American History

Please confirm receipt of these documents as soon as possible, and let me know if you have any difficulty opening any of them as some are quite large.

      To further facilitate delivery of these documents to you, I have also uploaded them to the shared folder that you provided me for discovery production.

      If you have any questions or concerns, please do not hesitate to contact me.

      Regards,

*Cameron L. Atkinson*

Cameron L. Atkinson, Esq. (ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com

## **CERTIFICATION OF SERVICE**

      The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing and the attachments described herein was served on all parties' counsel by electronic mail pursuant to the Court's September 3, 2024 order (Dkt. 14) in this case.

      On the date that this document is electronically filed, notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson /s/