IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID J. NASTRI, ESQ., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, in her official capacity, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-222 |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Plaintiffs challenge the constitutionality of a federal statute, 18 U.S.C. § 930(a), as applied to U.S. Post Offices. Plaintiffs have moved for summary judgment; Defendants have opposed that motion and moved for summary judgment in their own right; and Plaintiffs have served a combined opposition and reply.[1] Defendants' reply brief is presently due May 14, 2025, which reflects two previous 30-day extensions.

As noted in Defendants' prior extension motions, Executive Order No. 14206 directed the Attorney General to "examine" various "actions of executive departments and agencies," including "[t]he positions taken by the United States in any and all ongoing and potential litigation that affects or could affect the ability of Americans to exercise their Second Amendment rights." 90 Fed. Reg. 9503 (Feb. 12, 2025). That review continues, and its result(s) may shape any future litigation in this case. Wherefore, Defendants move—again, with Plaintiffs' consent—for another 30-day extension of time (until June 13, 2025) to serve Defendants' reply brief.

///

---

[1] Per the Court's instructions, *see* Scheduling Order (ECF No. 14), those papers have been served but not yet filed on the docket.

Dated: May 13, 2025                    Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW WARDEN
Assistant Branch Director

/s/ *Jason C. Lynch*
JASON LYNCH (D.C. Bar No. 1016319)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Counsel for Defendants*