IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID J. NASTRI, ESQ., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, in her official capacity, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-222 |

**DEFENDANTS' NOTICE OF WAIVER OF REPLY BRIEF**

Under Local Rule 7(d), reply memoranda "are permitted but not required." Consistent with that rule, Defendants hereby notify the Court that they waive any reply brief in this case. Pursuant to the Court's scheduling order, ECF No. 14, Defendants will confer with Plaintiffs and the parties will file their prior briefs in sequential order.

As noted in Defendants' extension motions, on February 7, 2025, President Trump issued an Executive Order titled "Protecting Second Amendment Rights." Executive Order 14,206, 90 Fed. Reg. 9503 (Feb. 7, 2025). Among other things, the Order directs the Attorney General to review "[t]he positions taken by the United States in any and all ongoing and potential litigation that affects or could affect the ability of Americans to exercise their Second Amendment rights." *Id.* § 2(b)(v). As part of implementing the President's Executive Order, the Attorney General on April 8, 2025, created the Second Amendment Task Force ("Task Force"), which was formed "to protect the fundamental right secured by the Second Amendment." *See* www.justice.gov/ag/media/1395956/dl?inline. The Task Force is "charged with developing and executing strategies to use litigation and policy to advance, protect, and promote compliance with the Second Amendment." *Id.* At this time, and in light of the Task Force's ongoing work,

1

2

Defendants respectfully waive their right to reply and decline to submit additional argument in support of their pending motion.

Dated: June 13, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Branch Director

/s/ *Jason C. Lynch*
JASON LYNCH (D.C. Bar No. 1016319)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Counsel for Defendants*