UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ., <br> WE THE PATRIOTS USA, INC. | : <br> : <br> : | DKT No.: 3:24-cv-00222-VDO |
| Plaintiff, | : <br> : | |
| v. | : <br> : | |
| MERRICK GARLAND, in his official capacity only; LOUIS DEJOY, in his official capacity only | : <br> : <br> : <br> : | |
| Defendants. | : | JULY 15, 2025 |

**JOINT *NUNC PRO TUNC* MOTION FOR EXTENSION OF TIME**

The parties hereby jointly move *nunc pro tunc* for an extension of time until July 14, 2025 to docket their summary judgment papers in this matter. This is the first such motion for an extension of time to docket the summary judgment papers.

Since the motion is a joint one, all parties have consented to it.

For the reasons stated below, the parties submit that there is good cause to grant the motion.

**I.      There Is Good Cause To Grant The Motion.**

The Court's last order directed the parties to file their briefs in sequential order on the docket by June 13, 2025. Dkt. 23. The Court had previously explained that doing so would be more convenient to the Court. Dkt. 14.

The Defendants filed a notice waiving their reply brief at 5:00 PM EST on June 13, 2025 and promptly reached out to the undersigned to coordinate the filing of the papers on Monday, June 16, 2025, given the late hour of the filing. Plaintiff's counsel responded an hour later stating that he was completely free that Monday and would talk at any time.

It is Plaintiff's counsel's recollection that he was not in the office and could not file the papers that night.

Counsel subsequently exchanged voicemails and kept missing each other due to their respective workloads and preplanned personal leave. Both counsel take full responsibility for the communication difficulties, which do not flow from a lack of collegiality but from the practical effect of heavy workloads.

Counsel also believe that they might have overthought the coordination necessary to achieve sequential filing, which has contributed to the delay.

Because both parties' counsel are responsible for the delay, neither side is prejudiced by the delay, and both parties' counsel apologize to the Court for the delay. Nonetheless, they submit to the Court that the delay of a month is not a lengthy delay that has seriously delayed the resolution of this case or caused the Court to waste resources.

For these reasons, they submit that there is good cause to grant this motion.

## II.     Local Rule 7(b)(3) Explanation For Delay In Filing

As explained above, the parties did not anticipate their difficulty in communicating about sequential filing. Thus, they did not anticipate the need to file this motion for extension of time. As soon as they were able to connect, they agreed to file this joint motion.

## III.    Conclusion

For the foregoing reasons, the parties ask the Court to excuse the delay in sequential filing and grant this motion.

The Plaintiffs,

By: /s/ Cameron L. Atkinson /s/
Cameron L. Atkinson, Esq.
(ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com


The Defendants,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Branch Director

/s/ *Jason C. Lynch*
JASON C. LYNCH (D.C. Bar No. 1016319)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson /s/