UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ., <br> WE THE PATRIOTS USA, INC. | : <br> : <br> : | DKT No.: 3:24-cv-00222-VDO |
| Plaintiff, | : <br> : | |
| v. | : <br> : | |
| MERRICK GARLAND, in his official capacity only; LOUIS DEJOY, in his official capacity only | : <br> : <br> : <br> : | |
| Defendant. | : | October 30, 2024 |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION

Pursuant to Fed. R. Civ. P. 56 and Fed. R. Civ. P. 65, the Plaintiffs – David J. Nastri, Esq. and We The Patriots USA, Inc. – respectfully move the Court for summary judgment on Count One of their Complaint and to issue a permanent injunction against the Defendants. No genuine issue of material fact exists in this case, and the Plaintiffs are entitled to summary judgment as a matter of law.

As to the motion for a permanent injunction, the Plaintiffs request that the Court enter a nationwide, permanent injunction barring the Defendants from enforcing 18 U.S.C. § 930(a) against the possession of firearms in United States Post Offices by David Nastri and the other members of We The Patriots USA, Inc anywhere in the United States.

**Oral Argument Requested.**

1

The Plaintiff,

By: /s/ Cameron L. Atkinson /s/
Cameron L. Atkinson, Esq. (ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing and its exhibits was served on all parties' counsel by electronic mail pursuant to the Court's September 3, 2024 order (Dkt. 14) in this case.

On the date that this document is electronically filed, notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson /s/