# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID J. NASTRI, ESQ.,<br>WE THE PATRIOTS USA, INC.<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, in his official<br>capacity only; LOUIS DEJOY, in his<br>official capacity only<br><br>    Defendant. | DKT No.: 3:24-cv-00222-VDO |

## DECLARATION OF BRIAN FESTA, ESQ.

Pursuant to 28 U.S.C. § 1746, I, Brian Festa, declare and state as follows:

1. I am over the age of eighteen (18) years.

2. I understand and believe in the obligation of an oath to tell the truth.

3. I am the Co-founder and Vice President for We The Patriots USA, Inc. ("WTP").

4. In my role, I oversee most of WTP's day-to-day operations.

5. WTP is a nonprofit public charity organized and operated exclusively for tax-exempt purposes in accordance with Section 501(c)(3) of the Internal Revenue Code. More specifically, WTP is dedicated to promoting constitutional rights, civil liberties and other freedoms through education, outreach, and public interest litigation, thereby advancing religious freedom, medical freedom, parental rights, educational freedom, and civil liberties for all.

6. WTP has brought and participated in Second Amendment litigation on behalf of its members across the United States. *See, e.g., We The Patriots USA, Inc. v.*

*Grisham*, No. 1:23-cv-00773-DHU-LF (D.NM.) (currently pending); *We The Patriots USA, Inc. v. Doyle, Jr.*, 3:24-cv-01054-JCH (D.Conn.) (currently pending).

7. WTP offers memberships to its supporters and the general public.

8. As of October 29, 2024, WTP currently has 18,523 members across the United States.

9. David Nastri is a member of WTP.

10. Each member is subject to the same prohibition against carrying firearms into a Post Office that David Nastri is.

11. Further the affiant sayeth not.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/29/2024

Brian Festa, Esq.

2