IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID J. NASTRI, ESQ., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, in her official capacity, *et al.*, <br><br> Defendants. | Case No. 3:24-cv-222 |

**NOTICE OF APPEARANCE**

Please take notice that Samuel S. Holt, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance for Defendants in the above-captioned case.

Dated: October 2, 2025            Respectfully Submitted,

*/s/ Samuel S. Holt*
SAMUEL S. HOLT (CO Bar # 59613)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 674-9761
Fax: (202) 616-8460
Email: Samuel.Holt2@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 2, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

*/s/ Samuel S. Holt*
SAMUEL S. HOLT