**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

DAVID J. NASTRI,                                    :
    *Esq*.,                                        :
                                                :
WE THE PATRIOTS USA, INC,                           :
                                                :
        Plaintiffs,                         :
v.                                                 :    CASE NO. 3:24CV222 (VDO)
                                           :    :
PAMELA BONDI,                                       :
    *in her official capacity only,*               :
                                                :
DAVID P. STEINER,                                  :
    *in his official capacity only,*               :
                                                :
        Defendants.                         :

## <u>JUDGMENT</u>

This action having come before the Court for consideration of the plaintiffs'

motion for summary judgment and for a permanent injunction and the defendants'

motion for summary judgment before the Honorable Vernon D. Oliver, United States

District Judge; and

The Court having considered the motions and the full record of the case including

applicable principles of law, and having granted the defendants' motion and denied the

plaintiffs' motion and directed the Clerk of Court to substitute (1) Pamela Bondi for

Merrick Garland, and (2) David P. Steiner for Louis DeJoy, in their official capacities, as

the proper Defendants in this action on March 25, 2026, it is hereby,

ORDERED, ADJUDGED, and DECREED that judgment be and is hereby

entered in favor of the defendants and the case is closed.

Dated at Hartford, Connecticut, this 27th day of March 2026.

DINAH MILTON KINNEY, Clerk

By: /s/ Nicola Kelsey

Nicola Kelsey
Deputy Clerk

EOD: 03/27/2026