**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DAVID J. NASTRI, ESQ.,                    :
WE THE PATRIOTS USA, INC.                 :          DKT No.: 3:24-cv-00222-VDO
                                          :
    Plaintiff,                            :
                                          :
v.                                        :
                                          :
PAMELA BONDI, in her official             :
capacity only; DAVID P. STEINER,          :
in his official capacity only             :          :
                                          :
    Defendants.                           :          April 10, 2026

## <u>NOTICE OF APPEAL</u>

The Plaintiffs – David J. Nastri, Esq. and We The Patriots USA, Inc. – hereby give

notice of their appeal of the Court's summary judgment decision granting the Defendants'

motion for summary judgment and denying the Plaintiffs' motion for summary judgment.

Dkt. 35. The Plaintiffs also give notice of their appeal of the final judgment entered in this

matter. Dkt. 36.

<div style="margin-left: 45%;">

The Plaintiffs,

By: <u>/s/ Cameron L. Atkinson /s/</u>
Cameron L. Atkinson, Esq.
(ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com

</div>

1

## <u>CERTIFICATION OF SERVICE</u>

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

<u>/s/ Cameron L. Atkinson /s/</u>