APPEAL,CLOSED,EFILE,RMS

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:24-cv-00222-VDO

| | |
|---|---|
| Nastri et al v. Garland et al | Date Filed: 02/20/2024 |
| Assigned to: Judge Vernon D. Oliver | Date Terminated: 03/27/2026 |
| Cause: 28:1331 Federal Question: Other Civil Rights | Jury Demand: None |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**David J. Nastri**
*Esq.*

represented by **Cameron Lee Atkinson**
Atkinson Law, LLC
122 Litchfield Road
P.O. Box 340
Ste. 2
Harwinton, CT 06791
203-677-0782
Email: catkinson@atkinsonlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**We The Patriots USA, Inc**

represented by **Cameron Lee Atkinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merrick Garland**
*in his official capacity only*
*TERMINATED: 03/25/2026*

represented by **Jason C. Lynch**
DOJ-Civ
1100 L Street NW
Washington, DC 20005
202-514-1359
Email: jason.lynch@usdoj.gov
*TERMINATED: 07/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W Larson**
U.S. Attorney's Office-HFD
450 Main St. Room 328
Hartford, CT 06103
860-947-1101

Fax: 860-760-7979
Email: john.larson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
DOJ-Civ
1100 L Street NW
Washington, DC 20005
202-674-9761
Email: samuel.holt2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Bennett Conner**
DOJ-USAO
Torre Chardon
350 Carlos Chardon Street
Suite 1201
San Juan, PR 00918
787-766-5656
Email: gregory.conner2@usdoj.gov
*ATTORNEY TO BE NOTICED*

## Defendant

**Louis DeJoy**
*in his official capacity only*
*TERMINATED: 03/25/2026*

represented by **Jason C. Lynch**
(See above for address)
*TERMINATED: 07/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W Larson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Bennett Conner**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**Pamela Bondi**
*in her official capacity only*

## Defendant

**David P. Steiner**

*in his official capacity only*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2024 | 1 | COMPLAINT against Louis DeJoy, Merrick Garland ( Filing fee $405 receipt number ACTDC-7653869.), filed by David J. Nastri, We The Patriots USA, Inc. (Atkinson, Cameron) (Entered: 02/20/2024) |
| 02/20/2024 | | Request for Clerk to issue summons as to Louis DeJoy, Merrick Garland. (Atkinson, Cameron) (Entered: 02/20/2024) |
| 02/20/2024 | 2 | Disclosure Statement by David J. Nastri, We The Patriots USA, Inc. (Atkinson, Cameron) (Entered: 02/20/2024) |
| 02/20/2024 | 3 | Notice: Pursuant to Federal Rule of Civil Procedure 7.1, a disclosure statement must be filed with a party's first appearance, pleading, petition, motion, response, or other request addressed to the Court and must be supplemented if any required information changes during the case.<br>Signed by Clerk on 2/20/2024.(Maturo, F.) (Entered: 02/20/2024) |
| 02/20/2024 | | Judge Vernon D. Oliver and Judge Robert M. Spector added. (Oliver, T.) (Entered: 02/21/2024) |
| 02/20/2024 | 4 | Order on Pretrial Deadlines: Amended Pleadings due by 4/20/2024 Discovery due by 8/21/2024 Dispositive Motions due by 9/25/2024<br>Signed by Clerk on 2/20/2024.(Gaskins, A) (Entered: 02/23/2024) |
| 02/20/2024 | 5 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Vernon D. Oliver on 2/20/2024.(Gaskins, A) (Entered: 02/23/2024) |
| 02/20/2024 | 6 | Notice of Option to Consent to Magistrate Judge Jurisdiction. (Gaskins, A) (Entered: 02/23/2024) |
| 02/20/2024 | 7 | Standing Protective Order<br>Signed by Judge Vernon D. Oliver on 2/20/2024.(Gaskins, A) (Entered: 02/23/2024) |
| 02/23/2024 | 8 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 5 Electronic Filing Order, 7 Standing Protective Order, 1 Complaint filed by We The Patriots USA, Inc, David J. Nastri, 2 Disclosure Statement filed by We The Patriots USA, Inc, David J. Nastri, 4 Order on Pretrial Deadlines, 3 Notice re: Disclosure Statement, 6 Notice of Option to Consent to Magistrate Judge Jurisdiction<br>Signed by Clerk on 2/23/2024.(Gaskins, A) (Entered: 02/23/2024) |
| 02/23/2024 | 9 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Louis DeJoy, Merrick Garland* with answer to complaint due within *21* days. Attorney *Cameron Lee Atkinson* *Atkinson Law, LLC* *122 Litchfield Road P.O. Box 340 Ste. 2* *Harwinton, CT 06791*. (Gaskins, A) (Entered: 02/23/2024) |

| 02/29/2024 | 10 | ORDER **denying** 1 Request for Temporary Restraining Order and Preliminary Injunction. On February 20, 2024, Plaintiffs commenced this action for declaratory and injunctive relief, challenging the constitutionality of 18 U.S.C. § 930(a)'s ban on the possession of firearms in post offices. (ECF No. 1 .) The Complaint includes requests for an emergency temporary restraining order and nationwide preliminary injunction barring Defendants from enforcing 18 U.S.C. § 930(a). (*Id.* at 12.) The Court takes each of these requests in turn.<br><br>A court may issue a temporary restraining order without notifying "the adverse party or its attorney only if: (A) specific facts in an affidavit or verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (B) the movant's attorney certified in writing any efforts made to give notice and the reasons why is should not be required." Fed. R. Civ. P. 65(b)(1). These requirements are stringent and must be scrupulously honored. *Fed. Trade Comm'n v. Grand Teton Pros., LLC*, No. 3:19-CV-933 (VAB), 2019 WL 4439501, at \*2 (D. Conn. June 18, 2019). Here, Plaintiffs have failed to comply with the stringent requirements of Rule 65. Plaintiffs have only filed an unverified complaint, as opposed to "an affidavit or verified complaint." Fed. R. Civ. P. 65(b)(1)(A). Nor has Plaintiffs' counsel certified that efforts were made to serve the Defendants, or why such service should not be required here, as required by Rule 65(b)(1)(B). Therefore, the Court cannot grant Plaintiffs an *ex parte* temporary restraining order. Moreover, even if Plaintiffs complied with Rule 65, it is unclear how the request satisfies the purpose of "preserv[ing] an existing situation *in statu quo* until the court has an opportunity to pass upon the merits of the demand for a preliminary injunction." *Garcia v. Yonkers School Dist.*, 561 F.3d 97, 107 (2d Cir. 2009) (internal quotation marks and citations omitted).<br><br>The request for a preliminary injunction must also be denied at this juncture. A court may issue a preliminary injunction "only on notice to the adverse party." Fed. R. Civ. P. 65(a)(1). As Plaintiffs have not filed proof of service on the docket, there is no evidence that the defendants have notice of the instant request and thus, the Court cannot grant the requested injunction.<br><br>Accordingly, the Court **denies** Plaintiffs' requests for an emergency temporary restraining order and nationwide preliminary injunction without prejudice to refiling.<br><br>Signed by Judge Vernon D. Oliver on 2/29/2024.(Dao, J) (Entered: 02/29/2024) |
| 05/12/2024 | 11 | SUMMONS Returned Executed by David J. Nastri, We The Patriots USA, Inc. Louis DeJoy served on 3/26/2024, answer due 5/25/2024; Merrick Garland served on 3/26/2024, answer due 5/25/2024. (Atkinson, Cameron) (Entered: 05/12/2024) |
| 07/19/2024 | 12 | ANSWER to 1 Complaint with Affirmative Defenses by Louis DeJoy, Merrick Garland.(Lynch, Jason) (Entered: 07/19/2024) |
| 07/26/2024 | | Set Deadlines: Rule 26 Meeting Report due by 9/1/2024 (Samson, J) (Entered: 07/26/2024) |
| 08/30/2024 | 13 | Joint REPORT of Rule 26(f) Planning Meeting. (Lynch, Jason) (Entered: 08/30/2024) |
| 09/03/2024 | 14 | **SCHEDULING ORDER re 13 Rule 26(f) Report:** The Court enters the following deadlines tailored to the circumstances of this case, of which the parties agree |

presents a question of law that can be resolved on cross motions for summary judgment after little or no discovery.

-Initial disclosures shall be exchanged by **September 30, 2024**;
- All discovery shall be completed by **October 30, 2024**.

The Court adopts the parties' proposed briefing schedule, as follows: (1) Plaintiffs' Motion for Summary Judgment shall be served on or before **October 30, 2024**, (2) Defendants' Combined Opposition Memorandum & Cross Motion for Summary Judgment shall be served on or before **January 17, 2025**, (3) Plaintiffs' Combined Reply Memorandum & Opposition to Defendants' Cross Motion shall be served on or before **February 17, 2025**, and (4) Defendants' Reply Memorandum shall be served on or before **March 14, 2025**.

Considering the extended briefing schedule, as a courtesy to the Court, the parties are encouraged to not file their motion papers on ECF until the motions are fully briefed. If the parties follow this practice, the motions and all supporting papers are to be served on the other party along with a cover letter setting forth whom the movant represents and the papers being served. **At these times, only a copy of the cover letter should be filed electronically on ECF, as a <u>notice</u>, not as a motion**. On the day the motions are fully briefed, each party shall electronically file their moving papers in sequential order.

Signed by Judge Vernon D. Oliver on 9/3/2024.(Dao, J) (Entered: 09/03/2024)

| 09/04/2024 | | Set Deadlines: Discovery due by 10/30/2024 Dispositive Motions due by 1/17/2025 (Samson, J) (Entered: 09/04/2024) |
| 10/30/2024 | [15](#) | NOTICE by David J. Nastri, We The Patriots USA, Inc *Of Service of Plaintiffs' Motion For Summary Judgment As Requested By Court (Dkt 14)* (Atkinson, Cameron) (Entered: 10/30/2024) |
| 01/17/2025 | [16](#) | NOTICE by Merrick Garland, Louis DeJoy re 14 Scheduling Order,,,,,, *of Sevice of Defendants' Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment* (Lynch, Jason) (Entered: 01/17/2025) |
| 02/17/2025 | [17](#) | NOTICE by David J. Nastri, We The Patriots USA, Inc re 14 Scheduling Order,,,,,, *Of Service of Plaintiffs' Memorandum of Law In Opposition and Reply To Defendants Combined Motion For Summary Judgment And Opposition To Plaintiffs' Motion for Summary Judgment As Requested By Court (Dkt 14)* (Atkinson, Cameron) (Entered: 02/17/2025) |
| 03/12/2025 | [18](#) | Consent MOTION for Extension of Time until April 14, 2025 To File Reply Brief 14 Scheduling Order,,,,,, by Louis DeJoy, Merrick Garland. (Lynch, Jason) (Entered: 03/12/2025) |
| 03/12/2025 | 19 | ORDER **granting** [18](#) Motion for Extension of Time. The deadline for Defendants to file their reply memorandum is extended to **April 14, 2025**. On that day, each party shall electronically file their moving papers in sequential order. Signed by Judge Vernon D. Oliver on 3/12/2025. (Dao, J) (Entered: 03/12/2025) |
| 04/11/2025 | [20](#) | Consent MOTION for Extension of Time until May 14, 2025 To File Reply Brief by Louis DeJoy, Merrick Garland. (Lynch, Jason) (Entered: 04/11/2025) |

| | | |
|---|---|---|
| 04/11/2025 | 21 | ORDER **granting** 20 Motion for Extension of Time. The deadline for Defendants to file their reply memorandum is extended to **May 14, 2025**. On that day, each party shall electronically file their moving papers in sequential order. Signed by Judge Vernon D. Oliver on 4/11/2025. (Dao, J) (Entered: 04/11/2025) |
| 05/13/2025 | 22 | Consent MOTION for Extension of Time until June 13, 2025 To File Reply Brief In Support of Summary Judgment by Louis DeJoy, Merrick Garland. (Lynch, Jason) (Entered: 05/13/2025) |
| 05/14/2025 | 23 | ORDER **granting** 22 Motion for Extension of Time. The deadline for Defendants to file their reply memorandum is extended to **June 13, 2025**. On that day, each party shall electronically file their moving papers in sequential order.<br><br>The Court further notes that, per the Local Rules, "[a]ll motions for extension of time shall be filed at least three (3) business days before the deadline sought to be extended, except in cases in which compelling circumstances warranting an extension arise during the three days before the deadline. Any motion for extension of time filed fewer than three business days before the deadline sought to be extended shall, in addition to satisfying all other requirements of this Rule, set forth reasons why the motion was not filed at least three business days before the deadline in question." D. Conn. L. Civ. R. 7(b)(3).<br><br>Future noncompliance with Local Rule 7 may result in the Court summarily denying the request for extension of time. Signed by Judge Vernon D. Oliver on 5/14/2025. (Dao, J) (Entered: 05/14/2025) |
| 06/13/2025 | 24 | NOTICE by Louis DeJoy, Merrick Garland *of Waiver of Reply Brief* (Lynch, Jason) (Entered: 06/13/2025) |
| 07/15/2025 | 25 | Joint MOTION for Extension of Time until July 15, 2025 To Sequentially Docket The Summary Judgment Papers In This Case 23 Order on Motion for Extension of Time,,,, by David J. Nastri, We The Patriots USA, Inc. (Atkinson, Cameron) (Entered: 07/15/2025) |
| 07/15/2025 | 26 | MOTION for Summary Judgment by David J. Nastri, We The Patriots USA, Inc.Responses due by 8/5/2025 (Attachments: # 1 Memorandum in Support, # 2 Appendix Attachment A To MOL - Copies of Historical Sources, # 3 Statement of Material Facts, # 4 Exhibit A To SOMF - Declaration of David Nastri, # 5 Exhibit B To SOMF - Declaration of Brian Festa, # 6 Exhibit C To SOMF - Declaration of Robert Starr, # 7 Exhibit D To SOMF - The United States Postal Service, An American History, USPS (2022))(Atkinson, Cameron) (Entered: 07/15/2025) |
| 07/15/2025 | 27 | ORDER **granting** 25 Motion for Extension of Time. Signed by Judge Vernon D. Oliver on 7/15/2025. (Dao, J) (Entered: 07/15/2025) |
| 07/15/2025 | 28 | Memorandum in Opposition *and In Support of Cross Motion* re 26 MOTION for Summary Judgment filed by Louis DeJoy, Merrick Garland. (Attachments: # 1 Statement of Material Facts (Local Rule 56(a)(2) Statement), # 2 Exhibit List, # 3 Exhibit 1 - Pls. Att. A w/ Bates numbering, # 4 Exhibit 2 - Votes & Proceedings of MD House, # 5 Exhibit 3 - p. 175 of Laws of NY, # 6 Exhibit 4 - 1794 PA Southwark Law, # 7 Exhibit 5 - 1811 NJ Court Law, # 8 Exhibit 6 - 1811 NJ Election Law, # 9 Exhibit 7 - Butler, Franklin Postmaster, # 10 Exhibit 8 - Post Office Record (MA), # 11 Exhibit 9 - Bruns, Great American Post Offices, # 12 Exhibit 10 -USPS Historical Facts (2022))(Lynch, Jason) (Entered: 07/15/2025) |

| 07/15/2025 | 29 | REPLY to Response to 26 MOTION for Summary Judgment *And Memorandum of Law In Opposition to The Defendants' Cross Motion for Summary Judgment* filed by David J. Nastri, We The Patriots USA, Inc. (Atkinson, Cameron) (Entered: 07/15/2025) |
| --- | --- | --- |
| 07/25/2025 | 30 | NOTICE of Appearance by John W Larson on behalf of Louis DeJoy, Merrick Garland (Larson, John) (Entered: 07/25/2025) |
| 07/25/2025 | 31 | NOTICE of Appearance by Gregory Bennett Conner on behalf of Louis DeJoy, Merrick Garland (Conner, Gregory) (Entered: 07/25/2025) |
| 07/25/2025 | 32 | MOTION for Jason C. Lynch to Withdraw as Attorney *for Defendants* by Louis DeJoy, Merrick Garland. (Lynch, Jason) (Entered: 07/25/2025) |
| 07/29/2025 | 33 | ORDER **granting** 32 Motion to Withdraw as Attorney. Attorney Jason C. Lynch is hereby withdrawn as counsel for Defendants. Signed by Judge Vernon D. Oliver on 7/29/2025. (Dao, J) (Entered: 07/29/2025) |
| 10/02/2025 | 34 | NOTICE of Appearance by Samuel Holt on behalf of Louis DeJoy, Merrick Garland (Holt, Samuel) (Entered: 10/02/2025) |
| 03/25/2026 | 35 | ORDER **GRANTING** Defendants' Motion for Summary Judgment (ECF No. 28) and **DENYING** Plaintiffs' Motion for Summary Judgment (ECF No. 26), for the reasons in the attached. The Clerk of Court, in line with this order, shall substitute (1) Pamela Bondi for Merrick Garland, and (2) David P. Steiner for Louis DeJoy, in their official capacities, as the proper Defendants in this action. The Clerk of Court is then respectfully directed to issue judgment accordingly and close this case.<br><br>Signed by Judge Vernon D. Oliver on 3/25/2026. (JD2) (Entered: 03/25/2026) |
| 03/27/2026 | 36 | JUDGMENT entered in favor of David P. Steiner, Pamela Bondi against David J. Nastri.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms<br>Signed by Clerk on 3/27/2026.(Kelsey, N) (Entered: 03/27/2026) |
| 03/27/2026 | | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey<br>(Kelsey, N) (Entered: 03/27/2026) |
| 04/10/2026 | 37 | NOTICE OF APPEAL as to 36 Judgment, 35 Order on Motion for Summary Judgment,, by David J. Nastri, We The Patriots USA, Inc. Filing fee $ 605, receipt number ACTDC-8569111. (Atkinson, Cameron) (Entered: 04/10/2026) |