# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

DAVID J. NASTRI, ESQ., *et al.*,

Plaintiffs,

v.

TODD BLANCHE[1], in his official capacity, *et al.*,

Defendants.

Case No. 3:24-cv-222

## NOTICE OF APPEARANCE

Please take notice that Patrick K. Keating, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance for Defendants in the above-captioned case.

Dated: June 26, 2026

Respectfully Submitted,

/s/ Patrick K. Keating
PATRICK K. KEATING (MD Bar # 2211140001)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-0256
Fax: (202) 616-8460
Email: patrick.k.keating@usdoj.gov

*Counsel for Defendants*

---

[1] Pamela Bondi was named as a defendant in her official capacity as then-Attorney General. Under Federal Rule of Civil Procedure 25(d), Todd Blanche, current acting Attorney General, is automatically substituted as a Defendant.

1

2

## CERTIFICATE OF SERVICE

I certify that on June 26, 2026, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

/s/ Patrick K. Keating
PATRICK K. KEATING